### COWART *v.* URQUHART.

COBB, J. The bill of exceptions in this case not having been served upon the defendant in error, or his attorney, as required by section 5547 of the Civil Code, the writ of error is, on motion, dismissed.

> *Writ of error dismissed. All the Justices concurring.*

Submitted April 21, — Decided May 22, 1897.

Motion to dismiss writ of error.

*G. D. Oliver,* for plaintiff in error.
*R. H. Powell & Son,* contra.

---

### MOSLEY *v.* FRYER & SON.

COBB, J. The record in this case discloses with absolute certainty that no error was committed. Upon the evidence introduced the judge who tried the case without the intervention of a jury rightly dismissed the illegality, the same being without merit; and also properly denied the amendment offered thereto, the defendant in execution not swearing that he did not know of the ground set forth in the proposed amendment when the original affidavit was filed. See Civil Code, § 5120.

> *Judgment affirmed. All the Justices concurring.*

Submitted April 21, — Decided May 22, 1897.

Affidavit of illegality. Before Judge Sheffield. Early superior court. April term, 1896.

*G. D. Oliver,* for plaintiff in error.
*R. H. Powell & Son,* contra.